B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor — If Individual: Last, First, Middle)<br><br>Tricon Industries, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>2325 Wisconsin Ave.<br>Downers Grove, IL 60515 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>DuPage County | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7      ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2                                      Name of Debtor  Tricon Industries, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  /s/ Ed Daver, President                          x /s/ Harley J. Goldstein           June 24, 2009
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date
ACuPowder International, LLC    6/24/09                         Harley J. Goldstein
Name of Petitioner                 Date Signed         Name of Attorney Firm (If any)

Name & Mailing         Ed Daver, President            K&L Gates LLP
Address of Individual  901 Lehigh Avenue              70 W. Madison, Suite 3100
Signing in Representative  Union, NJ 07083-7632       Chicago, IL 60602-4207
Capacity

                                                     Telephone No. (312) 372-1121

x_____            x /s/ Harley J. Goldstein           June 24, 2009
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date
Coleman Metals                                                  Harley J. Goldstein
Name of Petitioner                 Date Signed         Name of Attorney Firm (If any)

Name & Mailing         Andre Rajchwald               K&L Gates LLP
Address of Individual  1736 Bluestem Ln.             70 W. Madison, Suite 3100
Signing in Representative  Glenview, IL 60026-7787   Chicago, IL 60602-4207
Capacity

                                                     Telephone No. (312) 372-1121

x_____            x /s/ Harley J. Goldstein           June 24, 2009
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date
Academy Corporation                                             Harley J. Goldstein
Name of Petitioner                 Date Signed         Name of Attorney Firm (If any)

Name & Mailing         Robert Middleton, CFO          K&L Gates LLP
Address of Individual  5520 Midway Park Place NE     70 W. Madison, Suite 3100
Signing in Representative  Albuquerque, New Mexico 87109   Chicago, IL 60602-4207
Capacity

                                                     Telephone No. (312) 372-1121

**PETITIONING CREDITORS**

| Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ACuPowder International, LLC<br>901 Lehigh Avenue, Union, NJ 07083-7632 | Outstanding A/R | $528,537.50 |
| Coleman Metals<br>1736 Bluestem Ln., Glenview, IL 60026-7787 | Outstanding A/R | $21,000 |
| Academy Corporation<br>5520 Midway Park Place NE, Albuquerque, New Mexico 87109 | Outsanding A/R | $11,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $560,537.50 |

0  continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2          Name of Debtor ___Tricon Industries, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ... Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |
| **REQUEST FOR RELIEF** |
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x /s/ Harley J. Goldstein     June 24, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| ACuPowder International, LLC | Harley J. Goldstein |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Ed Daver, President / 901 Lehigh Avenue / Union, NJ 07083-7632 | K&L Gates LLP / 70 W. Madison, Suite 3100 / Chicago, IL 60602-4207 |
| | Telephone No. (312) 372-1121 |
| x /s/ Andre Rajchwald   President | x /s/ Harley J. Goldstein     June 24, 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Coleman Metals            June 24, 2009 | Harley J. Goldstein |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Andre Rajchwald / 1736 Bluestem Ln. / Glenview, IL 60026-7787 | K&L Gates LLP / 70 W. Madison, Suite 3100 / Chicago, IL 60602-4207 |
| | Telephone No. (312) 372-1121 |
| x_____ | x /s/ Harley J. Goldstein     June 24, 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Academy Corporation | Harley J. Goldstein |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Robert Middleton, CFO / 5520 Midway Park Place NE / Albuquerque, New Mexico 87109 | K&L Gates LLP / 70 W. Madison, Suite 3100 / Chicago, IL 60602-4207 |
| | Telephone No. (312) 372-1121 |

| PETITIONING CREDITORS | | |
|---|---|---|
| ACuPowder International, LLC<br>901 Lehigh Avenue, Union, NJ 07083-7632 | Nature of Claim<br>Outstanding A/R | Amount of Claim<br>$528,537.50 |
| Coleman Metals<br>1736 Bluestem Ln., Glenview, IL 60026-7787 | Nature of Claim<br>Outstanding A/R | Amount of Claim<br>$21,000 |
| Academy Corporation<br>5520 Midway Park Place NE, Albuquerque, New Mexico 87109 | Nature of Claim<br>Outsanding A/R | Amount of Claim<br>$11,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $560,537.50 |

___0___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                          Name of Debtor____Tricon Industries, Inc.

                                                               Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>ACuPowder International, LLC<br>Name of Petitioner            Date Signed<br><br>Name & Mailing       Ed Daver, President<br>Address of Individual  901 Lehigh Avenue<br>Signing in Representative Union, NJ 07083-7632<br>Capacity | x /s/ Harley J. Goldstein        June 24, 2009<br>Signature of Attorney          Date<br>              Harley J. Goldstein<br>Name of Attorney Firm (If any)<br>K&L Gates LLP<br>70 W. Madison, Suite 3100<br>Chicago, IL 60602-4207<br><br>Telephone No. (312) 372-1121 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Coleman Metals<br>Name of Petitioner            Date Signed<br><br>Name & Mailing       Andre Rajchwald<br>Address of Individual  1736 Bluestem Ln.<br>Signing in Representative Glenview, IL 60026-7787<br>Capacity | x /s/ Harley J. Goldstein        June 24, 2009<br>Signature of Attorney          Date<br>              Harley J. Goldstein<br>Name of Attorney Firm (If any)<br>K&L Gates LLP<br>70 W. Madison, Suite 3100<br>Chicago, IL 60602-4207<br><br>Telephone No. (312) 372-1121 |
| x_[signature]_____<br>Signature of Petitioner or Representative (State title) /Robert Middleton/<br>Academy Corporation<br>Name of Petitioner            Date Signed<br><br>Name & Mailing       Robert Middleton, CFO VP Finance<br>Address of Individual  5520 Midway Park Place NE<br>Signing in Representative Albuquerque, New Mexico 87109<br>Capacity | x /s/ Harley J. Goldstein        June 24, 2009<br>Signature of Attorney          Date<br>              Harley J. Goldstein<br>Name of Attorney Firm (If any)<br>K&L Gates LLP<br>70 W. Madison, Suite 3100<br>Chicago, IL 60602-4207<br><br>Telephone No. (312) 372-1121 |

**PETITIONING CREDITORS**

| Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ACuPowder International, LLC<br>901 Lehigh Avenue, Union, NJ 07083-7632 | Outstanding A/R | $528,537.50 |
| Coleman Metals<br>1736 Bluestem Ln., Glenview, IL 60026-7787 | Outstanding A/R | $21,000 |
| Academy Corporation<br>5520 Midway Park Place NE, Albuquerque, New Mexico 87109 | Outsanding A/R | $11,000 ~~11,811~~ |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  $560,537.50

_0_ continuation sheets attached